| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| √ INITIAL APPEARANCE | DATE: April 24, 2006 |
|---|---|
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | Digital Recording 2:00 - 2:36 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| ❏ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj39-SRW    **DEFENDANT NAME:** Horacio Jaimes-Albiter

**AUSA:** David Cooke    **DEFT. ATTY:** Ben Bruner

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Ron Thweatt

**Interpreter needed:** ( ) NO; (√) YES   **Name:** Teresa Salazar (TIP)

---

| | |
|---|---|
| √ | Date of Arrest April 20, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Ben Bruner - Notice of Appearance to be filed |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏ set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

\*\* Detainer has been filed. Court directs Government to furnish counsel with copy of detainer by close of business tomorrow. Court directs counsel to inform the court by close of business tomorrow of any reason for detention hearing. Court defers decision on date for preliminary examination as Government advises court that indictment will be filed against this defendant next week.