IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**
MAY -2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:06cr123-MHT |
| ) | [21 USC § 841(a)(1); |
| JOSEPH ANTHONY GUTIERREZ, ) | 21 USC § 846] |
| HORACIO JAIMES-ALBITER, ) | |
| CARLOS SOLANO-OLASCOAGA, ) | |
| FRANCISCO ULLOA-JIMINEZ, ) | |
| JULIO CESAR ZAVALA-ULLOA, and ) | **INDICTMENT** |
| OMAR TORRES-~~VAZQUES~~-VAZQUEZ* ) | |

The Grand Jury charges:

### COUNT 1

From on or about April 19, 2006, through on or about April 20, 2006, in Montgomery County, within the Middle District of Alabama and elsewhere, the defendants,

JOSEPH ANTHONY GUTIERREZ,
HORACIO JAIMES-ALBITER,
CARLOS SOLANO-OLASCOAGA,
FRANCISCO ULLOA-JIMINEZ,
JULIO CESAR ZAVALA-ULLOA, and
OMAR TORRES-~~VAZQUES~~- VAZQUEZ*

did knowingly and intentionally conspire, combine and agree with each other and with other persons both known and unknown to the Grand Jury to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about April 20, 2006, in Montgomery County, within the Middle District of

Alabama and elsewhere, the defendants,

> JOSEPH ANTHONY GUTIERREZ,
> HORACIO JAIMES-ALBITER,
> CARLOS SOLANO-OLASCOAGA,
> FRANCISCO ULLOA-JIMINEZ,
> JULIO CESAR ZAVALA-ULLOA, and
> OMAR TORRES-~~VAZQUES~~ VAZQUEZ *

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_/s/ Jaynne D Gilbert_
Foreperson

_/s/ Leura G. Canary_
LEURA G. CANARY
United States Attorney

_/s/ Clark Morris_
A. CLARK MORRIS
Assistant United States Attorney

*PER MAY 22, 2006, ORDER (DN 87) GRANTING MOTION TO AMEND/CORRECT the Indictment.