UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
     v.     )     CR. NO.  2:06-cr-123-MHT
     )
HORACIO JAIMES-ALBITER     )
     )

## ORDER

Upon consideration of the government's motion for release of prisoner filed May 10, 2006, and for good cause, it is

ORDERED that the motion be and hereby is granted.

It is hereby ORDERED that the United States Marshals Service release custody of HORACIO JAIMES-ALBITER, to Special Agents Neill Thompson, HIDTA; Scott Edwards, HIDTA; and/or Eddie Spivey, HIDTA, on May 11, 2006, through August 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agents Neill Thompson, Scott Edwards, and/or Eddie Spivey return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 11th day of May, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE