**COURTROOM DEPUTY MINUTES**     **DATE:** May 17, 2006
**MIDDLE DISTRICT OF ALABAMA**     10:12 - 10:28
    **DIGITAL RECORDING:** 10:35 - 10:36

- ❏ INITIAL APPEARANCE
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ❏ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ❏ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2: 06CR123-MHT     **DEFT. NAME:** HORACIO JAIMES-ALBITER

**USA:** Clarke Morris     **ATTY:** Ben E. Brunner

Type Counsel: ( ) Retained; ( √ ) Panel CJA; ( ) Waived; ( ) CDO;

**USPTSO/USPO:**

Defendant ___ does __√__ does NOT need an interpreter; NAME

- ❏ Kars.    Date of Arrest _____ or ❏ karsr40
- ❏ kia.    Deft. First Appearance. Advised of rights/charges. ❏Pro/Sup Rel Violator
- ❏ Finaff.    Financial Affidavit executed ❏ to be obtained by PTS; ❏ **ORAL** Motion for Appt. Of Counsel.
- ❏ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ❏20appt.    Panel Attorney Appointed; ❏ to be appointed - prepare voucher
- ❏    Deft. Advises he will retain counsel. Has retained _____
- ❏    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❏ To be followed by written motion;
- ❏    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ❏    **DETENTION HRG** ❏ held; ❏ set for_____; ❏ **Prelim. Hrg** ❏ Set for_____
- ❏ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❏kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ❏ kocondrls.    Release order entered. ❏ Deft. advised of conditions of release.
- ❏kbnd.    ❏ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
     ❏ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❏ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ❏ ko.    Deft. **ORDERED REMOVED** to originating district
- ❏ kwvprl.    Waiver of ❏ Preliminary hearing; ❏ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❏    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- √ Karr.    **ARRAIGNMENT** SET FOR:_____ √❏ **HELD**. Plea of **NOT GUILTY** entered.
     √❏ Trial Term  8/7/06 ; ❏ **PRETRIAL CONFERENCE DATE:** 6/9/06
     √❏ **DISCOVERY DISCLOSURES DATE:** 5/17/06
- ❏ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❏ krmvhrg.    Identity/Removal Hearing set for _____
- √ Kwvspt    **Waiver of Speedy Trial Act Rights Executed**.