| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 6/9/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:10 - 9:11 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr123-MHT    **DEFENDANT(S):** Horacio Jaimes-Albiter

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Ben E. Fulmer |
| (NOT PRESENT) | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**   Possible Plea by 7/21/06 Consent Docket

☐ **TRIAL STATUS**   3 Days for Trial

☐ **REMARKS:**