| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 7/17/06 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:37 - 9:41 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr123-MHT   **DEFENDANT(S):** Horacio Jaimes-Albiter
Carlos Solano-Olascoaga
Francisco Ulloa-Jiminez
Julio Cesar Zavala-Ulloa

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Ben E. Fulmer (Jaimes-Albiter) |
| | * | Andrew Skier (Solano-Olascoaga) |
| | | John Poti (Ulloa-Jiminez) |
| | | Charles E. Vercelli, Jr.(Zavala-Ulloa)(NOT PRESENT) |
| | * | |

❏ **DISCOVERY STATUS:**   Complete

❏ **PENDING MOTION STATUS:**   None

❏ **PLEA STATUS:**   Likely Pleas as to all defendants
Plea Negotiations Open as to defendant Julio Cesar Zavala-Ulloa

❏ **TRIAL STATUS**   3 Days for Trial
8/7/06 Trial Term

❏ **REMARKS:**   AUSA Clark Morris will submit Plea Agreements by 7/18/06 to counsel for defendants
Horacio Jaimes-Albiter
Andrew Skier
John Poti
**Court to issue an order setting above defendants for a Change of Plea Hearing**