| COURTROOM DEPUTY MINUTES | DATE: 7/31/06 | DIGITAL RECORDING: 9:00 - 10:03 |
|---|---|---|

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT     x CHANGE OF PLEA     ❏ CONSENT PLEA

❏ RULE 44(c) HEARING     ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*     **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr123-MHT*     **DEFENDANT NAME:** *Horacio Jaimes-Albiter*

**AUSA:** *A. Clark Morris*     **DEFENDANT ATTY:** *Ben E. Bruner*

Type Counsel:   ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** Jakki Caple

Defendant __x__ does _____ does NOT need and interpreter.

Interpreter present? _____ NO __x__ YES   Name: Beverly Childress

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                                 ❏ Nol Contendere

❏ Not Guilty by reason of insanity

X - Guilty as to:

    X - Count(s) __1, 2__ of the Felony Indictment.

    ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

    ❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 2**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond; ❏ Released on Bond & Conditions of Release ❏ summons; for:

❏ Trial on _____;   ❏ Sentencing on _____   ❏ _____ Bond   ❏ to be set by Separate Order

X — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or   X - Sentencing -X- to be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.