# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  October 12, 2006           AT  11:09   A.M./P.M.

DATE COMPLETED  October 12, 2006           AT  11:26   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:06-cr-123-02-MHT
        VS.

HORACIO JAIMES-ALBITER

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Ben E. Bruner |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

Beverly Childress, Interpreter

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:      SENTENCING HEARING

| | |
|---|---|
| 11:09 a.m. | Sentencing hearing commenced. Courts finding that the interpreter required to assist defendant. Terms of plea agreement stated on the record.  Probation concurs with plea agreement. Court  accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for downward departure and motion for reduction in criminal offense level. |
| 11:26 a.m. | Hearing concluded. |